

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00239-CR

_____

MARK EUGENE ENGLE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 29,110

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Julie Vrooman recorded the trial court proceedings in cause number 06-14-00239-CR, styled *Mark Eugene Engle v. The State of Texas*, trial court cause number 29,110 in the 354th Judicial District Court of Hunt County, Texas. The reporter's record was originally due in this matter January 29, 2015. That deadline was extended twice by this Court on Vrooman's request, resulting in the most recent due date of April 1, 2015. Vrooman has now filed a third request seeking an additional extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Vrooman's third request for an extension of the filing deadline and hereby order her to file the reporter's record in cause number 06-14-00239-CR, styled *Mark Eugene Engle v. The State of Texas*, trial court cause number 29,110 in the 354th Judicial District Court of Hunt County, Texas, to be received by this Court no later than Wednesday, April 22, 2015.

If the reporter's record is not received by April 22, we warn Vrooman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

2

IT IS SO ORDERED.

BY THE COURT

Date:   April 14, 2015